# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ASHANTI AKINTUNDA CHERRY,    :    Case No. 3:26-cv-00006

    Petitioner,    :

  - vs -    :    District Judge Thomas M. Rose
    Magistrate Judge Michael R. Merz

    :

WARDEN, Southeastern Correctional
  Institution,    :

    Respondent.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 10) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting a request for extension of time to file objections was granted and no objections were filed thereafter, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

July 13, 2026

            s/Thomas M. Rose
            Thomas M. Rose
           United States District Judge