# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ASHANTI AKINTUNDA CHERRY, | : | Case No. 3:26-cv-00006 |
| Petitioner, | : | |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| | : | |
| WARDEN, Southeastern Correctional Institution, | : | |
| Respondent. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC NO. 16); DENYING PETITIONER'S MOTION FOR RECONSIDERATION (DOC. NO. 15)

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 16) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and, noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that Petitioner's Motion for Reconsideration (Doc. No. 15), considered by the Court under Fed.R.Civ.P. 59(e), is **DENIED**.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, September 10, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE