# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ASHANTI AKINTUNDA CHERRY, | : | Case No. 3:26-cv-00006 |
| Petitioner, | : | |
| - vs - | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael R. Merz |
| | : | |
| WARDEN, Southeastern Correctional Institution, | : | |
| Respondent. | : | |

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON MOTION FOR RELIEF FROM JUDGMENT (DOC NO. 18); DENYING PETITIONER'S MOTION FOR RELIEF FROM A JUDGMENT OR ORDER (DOC. NO. 17)

---

The Court has reviewed the Report and Recommendations on Motion for Relief from Judgment (Doc. No. 18), issued by United States Magistrate Judge Michael R. Merz (Doc. No. 18), and to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been raised in relation to the Report and Recommendations, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations on Motion for Relief from Judgment (Doc. No. 18). Accordingly, it is hereby **ORDERED** that Petitioner's Motion for relief from a Judgment or Order (Doc. No. 17), considered pursuant to Fed. R. Civ. P. 60(b)(1), is **DENIED**. This matter shall remain **TERMINATED** on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, September 16, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE